UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. MJ# 03-906-MBB |
| v. ) | |
| ) | |
| CASSANDRA ANN BEATTY ) | FILED UNDER SEAL |
| and TERRENCE DAVIS ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO SEAL
## COMPLAINT AND COMPLAINT AFFIDAVIT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the Complaint, Complaint Affidavit, and this motion in the above captioned matter be sealed (except as to the defendants and their respective counsel) to maintain the integrity and confidentiality of ongoing investigatory matters until unsealed by Order of this Court.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: _____
PETER K. LEVITT
Assistant U.S. Attorney

December 3, 2003

*[Handwritten margin notes: "December 3, 2003. Allowed." and "Marianne B. Bowler, USMJ"]*